# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* Ex. Parte Application of )<br>)<br>APPLE INC.; APPLE DISTRIBUTION )<br>INTERNATIONAL; AND APPLE RETAIL )<br>GERMAN B.V. & CO. KG )<br>)<br>Applicants, )<br>)<br>For an Order Pursuant to 28 U.S.C. § 1782 )<br>Granting Leave to Obtain Discovery from )<br>James Prusko for Use in Foreign )<br>Proceedings )<br>)<br>)<br>)<br>) | Case No. _____ |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF APPLE INC. *ET AL*
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
<u>DISCOVERY FOR USE IN A FOREIGN PROCEEDING</u>**

1

This matter comes before the Court in the *Ex Parte* Application of Apple, Inc., Apple Distribution International Limited, and Apple Retail Germany B.V. & Co. KG (collectively, "Apple") for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) (the "Application"), which seeks documents and testimony from James Prusko in connection with a patent litigation proceeding pending between Apple and Scramoge Technology Limited in Germany.

This Court, having fully considered the papers on file and submitted herewith, and good cause appearing, **HEREBY GRANTS** the Application of Apple.

**IT IS HEREBY ORDERED** that:

(1) Apple is granted leave to issue subpoenas for production of documents and deposition testimony to Mr. Prusko in substantially the same form attached as Exhibits 2 and 3 to the Declaration of Nora Q.E. Passamaneck filed in support of this Application; and

(2) Along with any subpoenas, Apple shall serve Mr. Prusko with a copy of this Order.

**IT IS SO ORDERED.**

Dated: _____                        _____
                                              United States District Judge