UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex. Parte Application of<br><br>APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; AND APPLE RETAIL GERMAN B.V. & CO. KG<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from James Prusko for Use in Foreign Proceedings | Case No. 7:23-mc-00438 |

**APPLICANT APPLE INC. *ET AL'S* NOTICE OF PARTY WITH FINANCIAL INTEREST**

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Applicants Apple Inc., Apple Distribution International, and Apple Retail Germany B.V. & Co. KG make the following disclosure statements:

- Apple Inc. has no parent corporation and no publicly held company owns more than 10% of Apple Inc.'s outstanding common stock;

- Apple Distribution International is an indirect, wholly owned subsidiary of Apple Inc.; and

- Apple Retail Germany B.V. & Co. KG is an indirect, wholly owned subsidiary of Apple Inc.

DATED: November 13, 2023

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:  /s/ *Nora Q.E. Passamaneck*
NORA Q.E. PASSAMANECK
(Registration No. 4262028)
1225 Seventeenth St., Suite 2600
Denver, CO. 80202
Tel: (720) 274-3135
Fax: (720) 274-3135
Nora.Passamaneck@wilmerhale.com

*Attorney for Applicants*
Apple Inc., Apple Distribution
International, and Apple Retail German
B.V. & Co. Kg